JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CORONA, | Case No. ED CV 25-00903 FMO (PVCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| PALM SPRINGS UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Having been advised that the above-captioned case has settled, (see Dkt. 41), IT IS ORDERED THAT the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 19th day of December, 2025.

/s/
Fernando M. Olguin
United States District Judge